J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com
Email: mtsai@lewisroca.com

*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA L. MUYDERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., a foreign corporation; TRANS UNION LLC; a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:20-cv-02172-APG-DJA<br><br>Compl. Filed: November 27, 2020<br><br>**STIPULATION TO EXTEND DEFENDANT AMERICREDIT CORP./GENERAL MOTORS FINANCIAL COMPANY, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

This Stipulation to extend defendant AmeriCredit Corp./General Motors Financial Company, Inc.'s time to respond to complaint is made by and between Plaintiff Cynthia L. Muyderman ("Plaintiff") and Defendant AmeriCredit Corp./General Motors Financial Company, Inc. ("AmeriCredit/GM") through their respective counsel, in light of the following facts:

## RECITALS

A. Plaintiff filed the Complaint ("Complaint") against Defendants on or about November 27, 2020.

B. AmeriCredit/GM was served with the Complaint on or about January 28, 2021.

C. AmeriCredit/GM's current deadline to respond to the Complaint is due March 29, 2021.

D. The parties agree that AmeriCredit/GM will have through April 5, 2021, to

114002455.1

respond to the Complaint in order to give AmeriCredit/GM time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E. There is good cause to grant this stipulation because AmeriCredit/GM requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F. This stipulation is filed in good faith and not intended to cause delay.

G. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and AmeriCredit/GM respectfully request that the Court extend AmeriCredit/GM's time to respond to Plaintiff's Complaint through April 5, 2021.

**STIPULATION**

NOW, THEREFORE, Plaintiff and AmeriCredit/GM hereby stipulate and agree that AmeriCredit/GM has up to and including April 5, 2021, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 30th day of March, 2021

**LAW OFFICE OF KEVIN L. HERNANDEZ**

By: /s/ Kevin Hernandez
Kevin Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Ave., Suite 270
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*
*Cynthia L. Muyderman*

DATED this 30th day of March, 2021

**LEWIS ROCA ROTHGERBER CHRISTIE**

By: /s/ Matthew Tsai
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: March 31, 2021

114002455.1