J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com
Email: mtsai@lewisroca.com

*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA L. MUYDERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., a foreign corporation; TRANS UNION LLC; a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:20-cv-02172-APG-DJA<br><br>Compl. Filed:  November 27, 2020<br><br>**MOTION TO EXTEND DEFENDANT AMERICREDIT CORP./GENERAL MOTORS FINANCIAL COMPANY, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant AmeriCredit Corp./General Motors Financial Company, Inc. ("AmeriCredit/GM") hereby brings this Motion to Extend Defendant AmeriCredit Corp./General Motors Financial Company, Inc.'s Time to Respond to Complaint ("Motion") pursuant to LR IA 6-1.

**FACTUAL BACKGROUND AND PROCEDURAL HISTORY**

A. Plaintiff filed the Complaint ("Complaint") against Defendants on or about November 27, 2020.

B. AmeriCredit/GM was served with the Complaint on or about January 28, 2021.

C. AmeriCredit/GM's initial deadline to respond to the Complaint was March 29, 2021.

114065562.1

1   D.   On March 30, 2021, AmeriCredit/GM filed a Stipulation to Extend Defendant AmeriCredit/GM's Time to Respond to Complaint ("First Request"). ECF No. 12. In the First Request, Plaintiff and AmeriCredit/GM agreed that AmeriCredit/GM would have through April 5, 2021, to respond to the Complaint in order to give AmeriCredit/GM time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E.   On March 31, 2021, this Court issued an order granting the First Request and ordered AmeriCredit/GM to file a response to Plaintiff's Complaint by April 5, 2021. ECF No. 14.

## ARGUMENT

F.   AmeriCredit/GM now seeks a second request for extension to respond to Plaintiff's Complaint. Specifically, AmeriCredit/GM seeks a modest one week extension from the current deadline, which is April 5, 2021, to respond to Plaintiff's Complaint. This would permit AmeriCredit/GM up to and including **April 12, 2021**, to respond to Plaintiff's Complaint.

G.   There is good cause to grant this Motion because AmeriCredit/GM requires just a bit more time to investigate Plaintiff's payment history and to update the credit reporting. In light of the foregoing, AmeriCredit/GM expects settlement to be achievable and imminent, and the matter to be resolved shortly, if all goes well without any unexpected delays.

H.   This Motion is filed in good faith and not intended to cause delay, but is intended to conserve resources in light of possible resolution of this matter.

. . .

. . .

. . .

. . .

114065562.1

I. Accordingly, pursuant to Local Rule IA 6-1, AmeriCredit/GM respectfully request that the Court extend AmeriCredit/GM's time to respond to Plaintiff's Complaint through April 12, 2021.

Dated this 5th Day of April, 2021.

**LEWIS ROCA ROTHGERBER CHRISTIE**

By: /s/ Matthew Tsai
J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: April 6, 2021

114065562.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2021, I caused a true and accurate copy of the foregoing document entitled ***Defendant AmeriCredit Corp. dba General Motors Financial Company Inc.'s Motion to Extend Time to Respond to Complaint*** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

  /s/ *Annette Jaramillo*
An employee of Lewis Roca Rothgerber Christie LLP

114065562.1

- 4 -